

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-13-00569-CR

Kristi Rene **NIX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B11614
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Marilyn Barnard, Justice
            Patricia O. Alvarez, Justice

After her court-appointed attorney filed an *Anders* brief, Appellant Kristi Nix filed a pro se brief on November 18, 2014. Her brief did not request oral argument. *See* TEX. R. APP. P. 38.1(e); 39.7. On December 10, 2014, acting pro se, Appellant moved this court to grant her oral argument.

Appellant's motion to grant oral argument is DENIED. *See id.* R. 39.1 (listing reasons the court may deny oral argument).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court